UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D. RODNEY ROGERS,

               Plaintiff,         Civil Action No. 16-12735
                                 Honorable Linda V. Parker
                                 Magistrate Judge David R. Grand

v.

MATTHEW RYAN, SGT. SABBI,
SERINA KELLEY, JEFFREY MORIN,
MICHEAL CONNELLY, JAMES CRAIG,
CITY OF DETROIT MAYOR DAVE
BING, and JOHN DOES 1-2,

               Defendants.
_____/

**REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION [73]**

      Before the Court is Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction. (Doc. #73) ("TRO Motion"). On August 19, 2016, this case was referred to the undersigned for all pretrial purposes. (Doc. #9).

      In a separate Order issued on today's date, the Court explained why Rogers' instant TRO Motion lacks merit. (Doc. #77 at 2-3 n.1). Accordingly, the Court **RECOMMENDS** that Rogers' TRO Motion **(Doc. #73)** be **DENIED**.


Dated: October 12, 2017                    s/David R. Grand
Ann Arbor, Michigan                   DAVID R. GRAND
                                            United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

Within 14 days after being served with a copy of this Report and Recommendation and Order, any party may serve and file specific written objections to the proposed findings and recommendations and the order set forth above. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d)(1). Failure to timely file objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140, (1985); *United States v. Sullivan,* 431 F.3d 976, 984 (6th Cir. 2005). Only specific objections to this Report and Recommendation will be preserved for the Court's appellate review; raising some objections but not others will not preserve all objections a party may have. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987); *see also Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006). Copies of any objections must be served upon the Magistrate Judge. *See* E.D. Mich. LR 72.1(d)(2).

A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 12, 2017.

s/Eddrey O. Butts<br>
EDDREY O. BUTTS<br>
Case Manager