UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RODNEY D. ROGERS,

    *Plaintiff,*

v.

MATTHEW RYAN, *et al.,*

    *Defendants.*

Case No. 16-cv-12735

Hon. Linda V. Parker
Mag. David R. Grand

_____

| | |
|---|---|
| Solomon M. Radner (P73653) | Cheryl L. Ronk (P54897) |
| Madeline M. Sinkovich (P82846) | Detroit Law Department |
| Excolo Law, PLLC | Attorney for Defendants |
| Attorneys for Plaintiff | 2 Woodward Ave., Suite 500 |
| 26700 Lahser Road, Suite 401 | Detroit, MI 48226 |
| Southfield, MI 48033 | (313) 237-5237 |
| (866) 939-2656 | ronkc@detroitmi.gov |
| sradner@excololaw.com | |

_____

## RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES Plaintiff, Rodney D. Rogers, by and through counsel, and for his Response to this Court's Order to Show Cause (ECF #216), states as follows:

1. Plaintiff filed this lawsuit pro se on September 19, 2016. (ECF # 1).

2. On November 7, 2019, the undersigned attorneys, Solomon M. Radner and Madeline M. Sinkovich, entered their appearances for Plaintiff. (ECF # 93; ECF # 94).

1

3. As of the filing of this response, both of Plaintiff's counsel have ceased working for Excolo Law, PLLC. The undersigned and Ms. Sinkovich are now employed by Johnson Law, PLC, and are no longer able to represent Plaintiff in this case.

4. A formal motion to withdraw as counsels for Plaintiff is forthcoming.

Respectfully submitted,

EXCOLO LAW, PLLC

Dated: November 3, 2020          By:   /s/ Solomon M. Radner
                                       Solomon M. Radner (P73653)
                                       Madeline M. Sinkovich (P82846)
                                       Attorneys for Plaintiff
                                       26700 Lahser Road, Suite 401
                                       Southfield, MI 48033
                                       (866) 939-2656
                                       sradner@excololaw.com

**CERTIFICATE OF SERVICE**

Undersigned hereby states that on November 3, 2020, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system.

/s/ Solomon M. Radner

2