UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY D. ROGERS,

    Plaintiff,

v.                                                             Case No. 16-12735
                                                           Hon. Linda V. Parker

RYAN, et al,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANT MICHAEL O. BROWN FOR FAILURE TO PROSECUTE

Plaintiff initiated this lawsuit against multiple defendants on July 19, 2016. On October 27, 2020, this Court issued a Show Cause Order for Plaintiff to address why this case should not be dismissed as to Michael O. Brown for failure to prosecute. (ECF No. 216.) Plaintiff responded on November 3, 2020, but no explanation was provided as to why Michael O. Brown should not be dismissed. (ECF No. 218.)

Therefore,

**IT IS ORDERED** that Defendant Michael O. Brown is **DISMISSED**

**WITHOUT PREJUDICE**.

                                                            s/ Linda V. Parker
                                                            LINDA V. PARKER

Dated: November 4, 2020              U.S. DISTRICT JUDGE